UNITED STATES GOVERNMENT
# MEMORANDUM

DATE: December 1, 2004

REPLY TO
ATTN OF: Teresa L. Alford
United States Probation Officer

SUBJECT: Timothy G. Thalheimer, Docket Number CR 1-02-063
**Request for International Travel Permission**

TO: Honorable Susan J. Dlott
United States District Judge

*[RECEIVED stamp: DEC 1 2004]*

Timothy Thalheimer is presently serving a term of probation imposed on October 18, 2002 following his conviction for Possession of Child Pornography. Thalheimer has requested permission to travel to Europe over the Christmas holiday. Thalheimer is a lifelong friend of Dr. Jeffery Porter who is a physician in the United States Army. Dr. Porter is currently stationed in Germany. Thalheimer plans to visit Germany, Spain, and Great Britain. He hopes to leave Cincinnati, Ohio on December 23, 2004. He will first travel to Bodenheim, Germany, then Madrid, Spain, before traveling to London, England. He will return to Cincinnati, Ohio on January 3, 2005.

Throughout his term of probation, Thalheimer has been very cooperative and respectful. He has maintained gainful employment. He continues to participate in mental health treatment. Without much encouragement from the U.S. Probation Office, he diligently performed community service and satisfied his Court ordered financial obligations. Thalheimer has family members with whom he has close relationships in the Cincinnati area. Additionally, he is employed as a computer programmer at Cincinnati Milacron where he earns nearly $60,000 per year.

For these reasons, this officer believes Thalheimer has every intention of returning to the Cincinnati if permitted to travel to Europe over the Christmas holiday. Given his participation in treatment and cooperation with the U.S. Probation Office, this officer further believes there is minimal risk of reoffending if he is permitted to travel abroad.

It is respectfully requested, therefore, that the Court sign this memorandum in the designated space indicating the Court's desire regarding this request. If the Court has any questions, please advise. This officer will be happy to respond.

Respectfully Submitted:

*[signature]*
Teresa L. Alford
United States Probation Officer

Approved:

*[signature]*
John C. Cole, Supervising
United States Probation Officer

The United States Probation Officer's recommendation is accepted. Timothy Thalheimer is permitted to travel from the United States to Germany, Spain, and Great Britain between December 23, 2004 and January 3, 2005.

*[signature: Susan J. Dlott]*

Honorable Susan J. Dlott
United States District Judge



The United States Probation Officer's recommendation is rejected. Timothy Thalheimer is not permitted to travel from the United States to Germany, Spain, and Great Britain between December 23, 2004 and January 3, 2005.

_____

Honorable Susan J. Dlott
United States District Judge