UNITED STATES GOVERNMENT

# memorandum

DATE: February 21, 2006

FROM: Thomas A. Barbeau
United States Probation Officer

SUBJECT: **THALHEIMER, Timothy G.**
**Docket No.: CR-1-02-63**
**REQUEST FOR INTERNATIONAL TRAVEL PERMISSION**

TO: Honorable Susan J. Dlott
United States District Judge

On October 24, 2002, the above-captioned defendant was placed on probation for a term of five years after being convicted of Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2). He was ordered to complete 100 hours of community service and attend sexual addiction therapy. He has completed his community service hours and is actively involved in group therapy with Kenneth J. Kramer, M.Ed.

The offender has requested permission to travel to Germany and Spain to visit a long time friend, Jeffrey Porter, M.D. The Court granted the offender permission in December 2004 to visit Dr. Porter in Europe. The offender successfully completed that trip and returned to the Southern District of Ohio without incident.

The offender hopes to leave Cincinnati on March 31, 2006 and arrive in Frankfort, Germany the next day. He will travel to Heidelberg, Germany and Barcelona, Spain prior to returning to Heidelberg on April 9, 2006. He intends to return to Cincinnati, Ohio the afternoon of April 10, 2006.

The offender has been in compliance with his conditions of supervision. He has submitted his monthly reports on time and reports to this officer regularly. He has maintained full-time employment as a computer programmer at Cincinnati Milacron for several years. This officer spoke with the offender's counselor, Kenneth Kramer, on February 16, 2006. Mr. Kramer stated the offender participates in therapy and is making good progress. He stated he does not see the offender as a risk to reoffend and the offender appears to be committed to maintaining a healthy and productive lifestyle. Mr. Kramer is familiar with the offender's friendship with Dr. Porter and he believes the relationship is a positive thing for the offender.

It is respectfully requested that the Court approve the requested travel. If in agreement, the Court is asked to sign this memorandum in the designated space. Should there be any questions, this officer may be contacted at (513) 564-7564.

Reviewed and Approved,

John C. Cole, Supervising
United States Probation Officer

Respectfully Submitted,

Thomas A. Barbeau
United States Probation Officer

RE:   THALHEIMER, Timothy                                           Page Two
      REQUEST FOR INTERNATIONAL TRAVEL PERMISSION

The United States Probation Officer's recommendation is ACCEPTED. Timothy Thalheimer is permitted to travel from the United States to Germany and Spain between March 31, 2006 and April 10, 2006.

*Susan J. Dlott*
Susan J. Dlott
United States District Judge

The United States Probation Officer's recommendation is REJECTED. Timothy Thalheimer is not permitted to travel from the United States to Germany and Spain between March 31, 2006 and April 10, 2006.

_____
Susan J. Dlott
United States District Judge

TAB:sjs