UNITED STATES GOVERNMENT

# memorandum

DATE:        August 20, 2007

FROM:        Thomas A. Barbeau
             United States Probation Officer

SUBJECT:     **THALHEIMER, Timothy G.**
             **Docket No.: CR-1-02-63**
             **REQUEST FOR INTERNATIONAL TRAVEL PERMISSION**

TO:          Honorable Susan J. Dlott
             United States District Judge

On October 24, 2002, the above-captioned defendant was placed on probation for a term of five years after being convicted of Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2). He was ordered to complete 100 hours of community service and attend sexual addiction therapy. He has completed his community service hours and is actively involved in group therapy with Kenneth J. Kramer, M.Ed. His $5,000 fine and $100 Special Assessment have been paid in full. The offender's supervision is scheduled to expire on October 17, 2007.

The offender has requested permission to travel to Italy with his family for vacation from September 12, 2007 to September 26, 2007. He plans to visit the Italian cities of Rome, Florence, Baveno, Venice, Assisi, and Sant' Agnello di Sorrento. He will travel to Rome on September 12, 2007 via the Greater Cincinnati International Airport, Detroit, MI, and Paris, France. The return trip will involve the offender flying from Rome to Paris, then to the Greater Cincinnati International Airport on September 26, 2007. The Court granted the offender permission in December 2004 and February 2006 to visit Europe. The offender successfully completed those trips and returned to the Southern District of Ohio without known incident.

The offender has been in compliance with his conditions of supervision. He has submitted his monthly reports on time and reports to this officer regularly. He has maintained full-time employment as a computer programmer at Cincinnati Milacron for several years. This officer spoke with the offender's counselor, Kenneth Kramer, on August 20, 2007. Mr. Kramer stated the offender is participating in treatment and plans to continue after his supervision expires. He stated the offender has been an excellent client and has shown no signs of relapse.

It is respectfully requested that the Court approve the requested travel. If in agreement, the Court is asked to sign this memorandum in the designated space. Should there be any questions, this officer may be contacted at (513) 564-7564.

Reviewed and Approved,                          Respectfully Submitted,

John C. Cole, Supervising                       Thomas A. Barbeau
United States Probation Officer                 United States Probation Officer

RE:    **THALHEIMER, Timothy**                                    **Page Two**
       **REQUEST FOR INTERNATIONAL TRAVEL PERMISSION**

The United States Probation Officer's recommendation is ACCEPTED. Timothy Thalheimer
is permitted to travel from the United States to Italy between September 12, 2007 and
September 26, 2007.

Susan J. Dlott
United States District Judge

Date    August 22, 2007

The United States Probation Officer's recommendation is REJECTED. Timothy Thalheimer
is NOT permitted to travel from the United States to Italy between September 12, 2007 and
September 26, 2007.

_____
Susan J. Dlott
United States District Judge

_____
Date

TAB